**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

| | | |
|---|---|---|
| FRANK HUGHES, | : | No. 536 EAL 2021 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| WAWA, INC. (WORKERS' | : | |
| COMPENSATIONAPPEAL BOARD), | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 15th day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.